01

02

03

04

05                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
06                            AT SEATTLE

07   UNITED STATES OF AMERICA,          )    CASE NO. MJ14-286
                                        )
08         Plaintiff,                   )
                                        )
09      v.                              )    DETENTION ORDER
                                        )
10   LEAK SRENG NGOR, a/k/a "Chino,",   )
                                        )
11         Defendant.                   )
                                        )
12   _____   )

13   Offense charged:

14   Conspiracy to distribute Controlled Substances: Heroin and Methamphetamine

15   Date of Detention Hearing:    July 15, 2014.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17   based upon the factual findings and statement of reasons for detention hereafter set forth,

18   finds that no condition or combination of conditions which defendant can meet will

19   reasonably assure the appearance of defendant as required and the safety of other persons and

20   the community.

21

22

DETENTION ORDER
PAGE -1

01 FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

02  (1)  Defendant is also charged, in case no. CR09-282 RAJ, with violation of the

03       conditions of his supervised release.

04  (2)  He has been ordered detained in that proceeding.  The issue of detention or

05       release on this new charge is therefore moot.

06  (3)  In defendant's bedroom, law enforcement agents found cocaine,

07       methamphetamine, and thousands of dollars in cash.

08  (4)  The allegation that defendant committed this new offense while on supervised

09       release from this court raises serious questions as to whether he would be a

10       good risk if released on pretrial bond.

11  (5)  The court concurs in the recommendation of the Pretrial Services Office that

12       defendant be detained.

13  (6)  The court orders defendant detained in this case as well.  But if he were to be

14       released on the detainer on alleged violations of supervised release, or if other

15       new information becomes available which meets the standard of 18 USC

16       ¶3142(f), defendant may move to reopen the detention issue.

17

18

19

20

21

22

DETENTION ORDER
PAGE -2

01 | It is therefore ORDERED:

02 |  1. Defendant shall be detained pending trial and committed to the custody of the

03 | Attorney General for confinement in a correction facility separate, to the extent

04 | practicable, from persons awaiting or serving sentences or being held in custody

05 | pending appeal;

06 |  2. Defendant shall be afforded reasonable opportunity for private consultation with

07 | counsel;

08 |  3. On order of the United States or on request of an attorney for the Government, the

09 | person in charge of the corrections facility in which defendant is confined shall deliver

10 | the defendant to a United States Marshal for the purpose of an appearance in

11 | connection with a court proceeding; and

12 |  4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

13 | for the defendant, to the United States Marshal, and to the United States Pretrial

14 | Services Officer.

15 | DATED this _15_ day of July, 2014.

16 |

17 | John L. Weinberg
    | United States Magistrate Judge

18 |

19 |

20 |

21 |

22 |

DETENTION ORDER
PAGE -3